Pro Se 1 2016

FILED ___ LODGED
___ RECEIVED

DEC 06 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DEAN M COLBRAY

Plaintiff(s),

v.

Kiewit Infrastructure West,

Defendant(s).

CASE NO. 2:22CV1729-TL
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☑ Yes ☐ No

I. **THE PARTIES TO THIS COMPLAINT**

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: DEAN M COLBRAY
Street Address: 3251 S. 176TH ST APT 105
City and County: SEA-TAC  King
State and Zip Code: WASHINGTON 98188
Telephone Number: 907-347-2674

COMPLAINT FOR A CIVIL CASE - 1

(margin notes: TAC 3-1/18   P218402-)

Pro Se 1 2016

B.  Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | Kiewit Infrastructure West |
| Job or Title *(if known)* | |
| Street Address | 33455 Weyerhaeuser Way South |
| City and County | Federal Way    King |
| State and Zip Code | Washington   98003 |
| Telephone Number | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

COMPLAINT FOR A CIVIL CASE - 2

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

## II. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

29 C.F.R § 1630.2(i) Tittle VII of the Civil Rights Act 1964 for employment discrimination
42 US.C Section 2000e-5 (b)(A) 5 U.S.C. § 2302(b)(8)
15 U.SC. § 2087  29 USC. § 660 (c)  29 CFR part 1630
42 USC. 12116 & 12205A

COMPLAINT FOR A CIVIL CASE - 3

B.   If the Basis for Jurisdiction Is Diversity of Citizenship

    1.   The Plaintiff(s)

        a.   If the plaintiff is an individual.

The plaintiff (name) __DEAN M COLBRAY__, is a citizen of the State of (name) __WAShington__.

        b.   If the plaintiff is a corporation.

The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.   The Defendant(s)

        a.   If the defendant is an individual.

The defendant, (name) __Kiewit Infrastructure West__, is a citizen of the State of (name) __WAShington__. Or is a citizen of (foreign nation) _____.

        b.   If the defendant is a corporation.

The defendant, (name) __Kiewit Infrastructure West__, is incorporated under the laws of the State of (name) __WAShington__, and has its principal place of business in the State of (name) __WAShington__.

Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) __Kiewit Infrastructure West__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

COMPLAINT FOR A CIVIL CASE - 4

1    3.    The Amount in Controversy.

2    The amount in controversy-the amount the plaintiff claims the defendant owes or the

3    amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

4    Loss pay, pain & suffering, benifits package Loss

5    eMotional, distress, Mental Anguish,

6    Breach of contract  136,000,000. And 0 cents

7    Discrimination Retaliation because of color, age and ADA, Race, physical Impairment, Retaliation

8    Since May 2007 to present    III.  STATEMENT OF CLAIM  for speech'ing up

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

12   Told them about safety violation, and covid

13   policies they did not implement or Adhered too, ask for email address

14   for Superintendet they refused & broke my phone

15   Lay-off off over me Reporting safety violations in past

     Wrongful Termination  IV.  RELIEF Said something about my Age

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

19   back pay, emotional distress, Damaged Reputation,

20   Front pay, lost future earnings, punitive damages

21   compensatory damages, interest, Loss of quality of Life

22   V.  **CERTIFICATION AND CLOSING**

23   Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

24   knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

*Pro Se 1 2016*

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-6-2022

Signature of Plaintiff: *Dean M Colby*

Printed Name of Plaintiff: DEAN M COLBRAY

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

COMPLAINT FOR A CIVIL CASE - 6



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
(206) 576-3000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 09/07/2022

To: Dean Colbray
3251 S 176th Apt 105
Seatac, WA 98188

Re: EEOC Charge No: 551-2022-05488, Colbray v. Kiewit

EEOC Representative and email:   Joslyn Burchett
                                 Investigator
                                 joslyn.burchett@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 551-2022-05488.

Please retain this notice for your records.

On Behalf of the Commission

September 7, 2022                       _____ for
Date                                    Elizabeth M. Cannon
                                        Director

CC: Kiewit