UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEAN M. COLBRAY,<br><br>              Plaintiff,<br>   v.<br><br>KIEWIT INFRASTRUCTURE WEST ,<br><br>              Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:22-cv-01729 |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

    The action is DISMISSED without prejudice for failure to make proper service under Fed. R. Civ. P. 4, failure to prosecute, and failure to respond to a Court order.

    Dated September 5, 2024.

                                                    Ravi Subramanian
                                                  Clerk of Court

                                                  */s/Kathleen Albert*
                                                  Deputy Clerk